UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN DURAN,

21-cv-2829 (JGK)

Plaintiff,

ORDER

- against -

20TH STREET PIZZA CORP (D/B/A
LUNETTA PIZZA) ET AL.,

Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **July
21, 2021.**

SO ORDERED.

Dated:    New York, New York
          July 7, 2021

_____
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/07/202_

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02829-JGK
### Internal Use Only

Duran et al v. 20th Street Pizza Corp. et al
Assigned to: Judge John G. Koeltl
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 04/02/2021
Jury Demand: Both
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Christian Duran**
*individually and on behalf of others*
*similarly situated*

represented by **Catalina Sojo**
Michael Faillace & Associates, P.C.
60 E 42nd St
Suite 4510
New York, NY 10165
212-317-1200
Email: catalina@faillacelaw.com
*ATTORNEY TO BE NOTICED*

**Michael Antonio Faillace**
Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165
212-317-1200
Fax: 212-317-1620
Email: michael@faillacelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**20th Street Pizza Corp.**
*doing business as*
Lunetta Pizza

represented by **Michael K. Chong**
Law Offices of Michael K. Chong, LLC
2 Executive Drive
Suite 240
Fort Lee, NJ 07024
201-947-5200
Email: MKC@mkclawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Khalil Abuali**

represented by **Michael K. Chong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Khairalla Muhanna**

represented by **Michael K. Chong**

| 04/05/2021 | | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (dnh) (Entered: 04/05/2021) |
|---|---|---|
| 04/05/2021 | | Case Designated ECF. (dnh) (Entered: 04/05/2021) |
| 04/05/2021 | | ***NOTICE TO ATTORNEY REGARDING REMOVAL OF PARTY. Notice to attorney Michael Antonio Faillace. The following party/parties has been removed from this case: Christian Duran. Duplicate party. (dnh) (Entered: 04/05/2021) |
| 04/05/2021 | 8 | ELECTRONIC SUMMONS ISSUED as to 20th Street Pizza Corp...(dnh) (Entered: 04/05/2021) |
| 04/05/2021 | 9 | ELECTRONIC SUMMONS ISSUED as to Khairalla Muhanna..(dnh) (Entered: 04/05/2021) |
| 04/05/2021 | 10 | ELECTRONIC SUMMONS ISSUED as to Khalil Abuali..(dnh) (Entered: 04/05/2021) |
| 04/05/2021 | 11 | ELECTRONIC SUMMONS ISSUED as to Larry Doe..(dnh) (Entered: 04/05/2021) |
| 04/23/2021 | 12 | AFFIDAVIT OF SERVICE of Summons and Complaint,. 20th Street Pizza Corp. served on 4/19/2021, answer due 5/10/2021. Service was accepted by Colleen Banahan, an authorized agent. Document filed by Christian Duran..(Faillace, Michael) (Entered: 04/23/2021) |
| 04/23/2021 | 13 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Khairalla Muhanna served on 4/16/2021, answer due 5/7/2021. Service was accepted by Mike Smith, a co-worker. Document filed by Christian Duran..(Faillace, Michael) (Entered: 04/23/2021) |
| 04/23/2021 | 14 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Khalil Abuali served on 4/16/2021, answer due 5/7/2021. Service was accepted by Mike Smith, a co-worker. Document filed by Christian Duran..(Faillace, Michael) (Entered: 04/23/2021) |
| 04/23/2021 | 15 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Larry Doe served on 4/16/2021, answer due 5/7/2021. Service was accepted by Mike Smith, a co-worker. Document filed by Christian Duran..(Faillace, Michael) (Entered: 04/23/2021) |
| 05/10/2021 | | Minute Entry for proceedings held before Judge John G. Koeltl: Pretrial Conference set for 6/9/2021 at 12:30 PM before Judge John G. Koeltl. Dial-in: 888 363-4749, with access code 8140049. (Fletcher, Donnie) (Entered: 05/10/2021) |
| 06/04/2021 | 16 | NOTICE OF APPEARANCE by Michael K. Chong on behalf of 20th Street Pizza Corp., Khalil Abuali, Larry Doe, Khairalla Muhanna..(Chong, Michael) (Entered: 06/04/2021) |
| 06/04/2021 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by 20th Street Pizza Corp., Khalil Abuali, Larry Doe, Khairalla Muhanna..(Chong, Michael) (Entered: 06/04/2021) |
| 06/04/2021 | 18 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge John G. Koeltl from MICHAEL K. CHONG, ESQ. dated June 4, 2021. Document filed by 20th Street Pizza Corp., Khalil Abuali, Larry Doe, Khairalla Muhanna..(Chong, Michael) (Entered: 06/04/2021) |
| 06/04/2021 | 19 | STIPULATION AND ORDER EXTENDING TIME TO ANSWER: IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to |