UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN DURAN, *individually and on behalf of others similarly situated*,

Plaintiff,

v.

20TH STREET PIZZA CORP (D/B/A LUNETTA PIZZA), KHALIL ABUALI, KHAIRALLA MUHANNA, and LARRY DOE,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1:21-cv-02829-JGK

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

CSM Legal, P.C.

_____
Catalina Sojo, Esq.
One Grand Central Place
60 E. 42nd Street
Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

Law Offices of Michael K. Chong, LLC

_____
Michael Chong, Esq.
2 Executive Drive, Suite 240
Fort Lee, New Jersey 07024
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

12/15/21